# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-982-831**

Effective Date of Registration:
March 14, 2016

## Title

| | |
|---|---|
| Title of Work: | London Has Fallen |
| Previous or Alternate Title: | Olympus Has Fallen Sequel |
| Nature of Claim: | original motion picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | March 04, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | LHF Productions, Inc. |
| Author Created: | entire film |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | LHF Productions, Inc.<br>318 N. Carson St., # 208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | motion picture screenplay |
| Previously registered: | Yes |
| Previous registration and year: | PAu 3-789-521, 2014 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | cinematographic material including performance, and all audio and visual elements |

## Certification

| | |
|---|---|
| Name: | Rick Eyler |

Page 1 of 2

Date: March 04, 2016

Correspondence: Yes



# EXHIBIT B

| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 24.13.23.130 | | 2016-04-17 03:31:41 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Carpentersville | Kane |
| 2 | 50.158.5.70 | 60002 | 2016-04-17 03:49:21 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Joliet | Will |
| 3 | 98.253.121.123 | | 2016-04-17 03:55:59 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Forest Park | Cook |
| 4 | 24.13.183.32 | | 2016-04-17 04:01:19 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Schaumburg | Cook |
| 5 | 73.74.237.112 | | 2016-04-17 04:03:42 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Wilmette | Cook |
| 6 | 24.15.26.169 | | 2016-04-17 04:08:30 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago Heights | Cook |
| 7 | 67.173.19.7 | | 2016-04-17 04:13:24 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Oswego | Kendall |
| 8 | 98.228.74.156 | | 2016-04-17 04:13:38 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 9 | 73.73.61.3 | | 2016-04-17 04:16:48 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 24.1.168.239 | | 2016-04-17 04:24:33 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Plainfield | Will |
| 11 | 24.12.240.213 | | 2016-04-17 04:27:01 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Round Lake | Lake |
| 12 | 73.246.242.228 | | 2016-04-17 04:29:23 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Lansing | Cook |
| 13 | 98.226.33.73 | | 2016-04-17 04:29:57 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Des Plaines | Cook |
| 14 | 73.51.171.145 | | 2016-04-17 04:31:18 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Waukegan | Lake |
| 15 | 50.172.172.58 | 45300 | 2016-04-17 04:39:44 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 16 | 50.179.184.94 | 63663 | 2016-04-17 04:46:05 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 17 | 73.72.168.113 | | 2016-04-17 04:47:07 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 18 | 50.129.91.220 | 59438 | 2016-04-17 04:48:06 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Sycamore | DeKalb |
| 19 | 98.213.188.16 | | 2016-04-17 04:50:36 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Rockford | Winnebago |
| 20 | 73.36.98.51 | | 2016-04-17 04:55:17 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Wheeling | Cook |
| 21 | 67.176.219.117 | | 2016-04-17 04:55:57 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Berwyn | Cook |
| 22 | 73.208.172.140 | | 2016-04-17 04:58:19 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |
| 23 | 50.179.225.166 | 50321 | 2016-04-17 05:11:24 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Gurnee | Lake |
| 24 | 73.9.172.195 | | 2016-04-17 05:16:12 | London.Has.Fallen.2016.720p.HC.HDRip.750MB.MkvCage.mkv | SHA1: 3DAAD5C4A9E96E8229E553877CC4B79CE1E4E6A3 | Comcast Cable | Illinois | Chicago | Cook |