**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division**

LHF Productions, Inc.
                           Plaintiff,

v.                                            Case No.: 1:16–cv–07690
                                               Honorable Rebecca R. Pallmeyer

Does 1–24, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 19, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for protective order [14] was filed by an individual whose only identifier is a internet address. The motion [14] is denied without prejudice. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.